UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

BARBARA MARTE AND DOMINGO RODRIGUEZ,

                                         Plaintiffs,    **NOTICE OF APPEARANCE**

            -against-

CITY OF NEW YORK, et al.,                     **07 CV 3173 (PAC)**

                                       Defendants.

                                                    **ECF CASE**

------------------------------------------------------------------------ x


      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendant City of New York, and requests that all future papers in this action be served upon the undersigned at the address stated below.


Dated:  New York, New York
          May 8, 2007

                                            MICHAEL A. CARDOZO
                                            Corporation Counsel of
                                            the City of New York
                                            Attorney for Defendant City of New York
                                            100 Church Street
                                            New York, New York 10007
                                            (212) 788-0987
                                            Fax: (212) 788-9776

                                            By: _____/S/ Brian G. Maxey_____
                                                  Brian G. Maxey  (BM 0451)
                                                  Assistant Corporation Counsel