AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ NEW YORK _____

BARBARA MARTE and DOMINGO RODRIGUEZ,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

CITY OF NEW YORK, NEW YORK CITY POLICE
DEPARTMENT, DETECTIVE JUAN ROMERO,
Shield Number 899254, DETECTIVE SERGIO
ALVAREZ, DETECTIVE ANTHONY DIAZ and
DETECTIVE JOHN HOURICAN,

CASE NUMBER:

## 07 CV 3173

*JUDGE CROTTY*

TO: (Name and address of defendant)

| CITY OF NEW YORK | NEW YORK CITY POLICE DEPT, DETECTIVE |
| 100 CHURCH STREET | JUAN ROMERO, DETECTIVE SERGIO NEW |
| NEWYORK, NEW YORK 10007 | ALVAREZ, DETECTIVE ANTHONY DIAZ and |

DETECTIVE JOHN HOURICAN
1 Police P/429
New York, NY 10038

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAY M. WEINSTEIN
503 LONGACRE AVENUE
WOODMERE, NEW YORK 11598

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

J. MICHAEL McMAHON

APR 2 0 2007

_____
CLERK

_____
DATE

_~~Marcos Quintero~~_
(BY) DEPUTY CLERK