

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

BRIAN G. MAXEY
*Assistant Corporation Counsel*
Tel.: (212) 788-0987
Fax: (212) 788-9776

November 1, 2007

BY FAX: (212) 805-6304
Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-2-07

Re: <u>Barbara Marte et al v. City of New York, et al</u>, 07 CV 3173 (PAC)

Your Honor:

**MEMO ENDORSED**

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with plaintiff's counsel, Jay M. Weinstein, Esq., to request an adjournment of the conference currently scheduled for Monday, November 5, 2007, at 2:15 p.m. to a date and time convenient for the Court.

The parties have been negotiating in good faith and believe we may be close to a settlement in this matter. We request the adjournment to facilitate those discussions.

Thank you for your consideration in this regard.

Respectfully submitted,

Brian G. Maxey

BY FAX: (516) 569-2146
Jay M. Weinstein, Esq.
Attorney for Plaintiff

Application GRANTED. The conference is adjourned to Tuesday 12/4/07 at 3:15 pm in Courtroom 20-C

SO ORDERED: 11/2/07

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE